**Jerald Wayne NOLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59515.**

Missouri Court of Appeals, Western District.

Nov. 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 26, 2001.

Tara L. Jensen, Asst. Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, HAROLD L. LOWENSTEIN, Judge and JOSEPH M. ELLIS, Judge.

### *ORDER*

PER CURIAM.

Jerald Noland appeals from the denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).